UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:

KEVIN GRAY,

    Plaintiff,

v.

PEDIATRICS OF SARASOTA, INC.,
DR. ASHFAQ FATMI and AMINA FATMI,

    Defendants.
_____/

# COMPLAINT

Plaintiff, KEVIN GRAY, by and through the undersigned counsel, Todd W. Shulby, P.A., sues the Defendants, PEDIATRICS OF SARASOTA, INC., DR. ASHFAQ FATMI, and AMINA FATMI, and alleges as follows:

1. Plaintiff brings this action against Defendants to recover from the Defendant under 42 U.S.C. §1981 ("§1981") and for breach of contract under Florida law.

2. Jurisdiction is conferred on this Court by the above Acts and 28 U.S.C. §§1331, 1343 and 1367.

3. The unlawful acts alleged below occurred and/or were committed within this judicial district.

4. At all times material hereto, Plaintiff has been a citizen and resident of this judicial district and within the jurisdiction of this Court.

5. At all times material hereto, PEDIATRICS OF SARASOTA, INC., DR. ASHFAQ FATMI and AMINA FATMI were Plaintiff's employer as defined by law and

conducting business in this judicial district.

## COUNT I: RACE DISCRIMINATION VIOLATION OF SECTION 1981

Plaintiff incorporates by reference paragraphs 1 through 5 and states as follows:

6. 42 U.S.C. §1981(a) provides: "All persons within the jurisdiction of the United States shall have the same right … to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens…"

7. 42 U.S.C. §1981(b) provides: "For purposes of this section, the term 'make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship."

8. Plaintiff is African American (black).

9. Plaintiff had an employment contract with Defendant.

10. Plaintiff was an employee of Defendants.

11. Plaintiff was qualified for the position(s) he held with Defendants.

12. Plaintiff was constructively discharged by Defendants because of his race.

13. During his employment, Plaintiff was harassed because of his race.

14. During his employment, Plaintiff was retaliated against because of his race and standing up to and protesting racism.

15. During his employment, Plaintiff was wrongfully accused of theft in the workplace because of his race.

16. During his employment, Plaintiff was wrongfully accused of breaking equipment, even though Defendants were aware of Plaintiff's innocence, because of his

race.

17. During his employment, Plaintiff was subjected to unlawful wage reductions and deductions because of his race.

18. The above actions affecting the terms and conditions of Plaintiff's employment were taken against Plaintiff because of his race in violation of 42 U.S.C. §1981.

19. As a direct and proximate result of Defendants' unlawful and discriminatory treatment of Plaintiff, Plaintiff suffered damages and will continue to suffer irreparable injury and damages in the future, including, but not limited to: damage to reputation and self-esteem; loss of past and future income; loss of past and future earning capacity; loss of other fringe benefits; stress, anxiety and emotional distress; significant past and future mental pain and suffering; and other financial losses.

20. Plaintiff has retained the undersigned counsel for purposes of this action and is entitled to an award of reasonable attorney's fees and costs related to this litigation.

WHEREFORE, Plaintiff respectfully requests that judgment be entered in his favor against Defendants:

    a. Declaring that the acts and practices complained of herein are in violation of Section 1981;

    b. Awarding back pay, front pay, prejudgment interest, post judgment interest and damages for all employment benefits Plaintiff would have received but for the discriminatory acts and practices of Defendant;

    c. Awarding Plaintiff compensatory, consequential and punitive damages;

    d. Awarding reasonable attorney's fees, expenses and costs incurred in this action;

    e. Awarding Plaintiff all other sums of money, including all employment benefits with interest thereon, to which Plaintiff is entitled; and

  f.  Ordering any other relief, including equitable, this Court deems to be just and proper.

## COUNT II: BREACH OF CONTRACT

21. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 5 above.

22. Plaintiff and Defendant, PEDIATRICS OF SARASOTA, INC., entered into an agreement whereby Plaintiff was to be compensated by Defendant for the work that he performed for and on behalf of Defendant.

23. During one or more workweeks, Defendant did not pay Plaintiff the full wages owed in violation of the agreement.

24. Plaintiff was unlawfully denied the full wages and commissions owed in violation of the agreement.

25. Defendant unlawfully reduced Plaintiff's wages and imposed wage reductions in violation of the agreement.

26. By reason of the unlawful acts of Defendant, Plaintiff has suffered damages and will continue to incur costs and attorneys' fees.

27. Plaintiff is entitled to reimbursement for all attorney's fees and costs pursuant to Florida Statutes, §448.08.

28. Jurisdiction is conferred on this Court by 28 U.S.C. §1367.

WHEREFORE, Plaintiff hereby demands judgment against Defendant for all unpaid wages, attorney's fees and costs against Defendant and demands a trial by jury for all issues so triable.

## TRIAL BY JURY

Plaintiff demands a trial by jury of all issues so triable.

## VERIFICATION OF PLAINTIFF

I, KEVIN GRAY, hereby declare under penalty of perjury that the foregoing allegations are true and correct to the best of my knowledge and belief.

_____
KEVIN GRAY, as Plaintiff

4-14-22
Date


Respectfully submitted,

TODD W. SHULBY, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone No.: (954) 530-2236
Facsimile No.: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Counsel for Plaintiff

By:   /s/ Todd W. Shulby, Esq.
      Todd W. Shulby, Esq.
      Florida Bar No.: 068365